IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN J. MALONE SR., individually, | ) | 4:09CV3208 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| OMAHA HOUSING AUTHORITY, | ) | |
| BRAD ULRICK, BRAD ASHFORD, | ) | |
| GEORGE ACHOLA, WILLIAM | ) | |
| BEGLEY, BOB FIDONE, | ) | |
| MICHELLE PETERS, and DONALD | ) | |
| KLEINE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. Plaintiff filed this matter on October 7, 2009, under seal pursuant to 31 U.S.C. § 3730. (Filing No. 1.) On June 18, 2010, the United States filed its Notice of Election to Decline Intervention. (Filing No. 26.) In that filing, the United States stated that it would not intervene in this action and requested that the court unseal the Complaint, its Notice of Election to Decline Intervention, and this Memorandum and Order. (*Id.*) However, the United States requested that all other documents, which relate to whether the United States would intervene, remain sealed. (*Id.*) The court will grant the United States's request.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to unseal the Complaint (filing no. 1), the United States's Notice of Election to Decline Intervention (filing no. 26), and this Memorandum and Order. All other documents shall remain under seal. Future filings in this matter shall not be sealed without leave of court.

2. The Clerk of the court is further directed to maintain the United States of America as an interested party in this matter such that the United States of America shall receive electronic notice of all documents filed in this matter.

DATED this 27th day of July, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.