IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN J. MALONE SR., individually, ) | 4:09CV3208 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| OMAHA HOUSING AUTHORITY, ) | |
| BRAD ULRICK, BRAD ASHFORD, ) | |
| GEORGE ACHOLA, WILLIAM ) | |
| BEGLEY, BOB FIDONE, ) | |
| MICHELLE PETERS, and DONALD ) | |
| KLEINE, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on its own motion. Plaintiff filed this matter on October 7, 2009. (Filing No. 1.) On June 18, 2010, the United States filed a Notice of Election to Decline Intervention, and the court unsealed the Complaint on July 27, 2010. (Filing Nos. 26 and 27.) Plaintiff must now complete service of process on Defendants.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court send to Plaintiff eight (8) blank summons forms for service on Defendants.

2. Fed. R. Civ. Pro. 4 requires service of a complaint on a defendant within 120 days of filing the complaint. However, because of the delay in the United States's determination regarding intervention, Plaintiff is granted, on the court's own motion, an extension of time until 60 days from the date of this order to complete service of process.

3.  The Clerk of the court is directed to set a pro se case management deadline in this case with the following text: October 25, 2010: deadline for Plaintiff to complete service of process.

DATED this 26th day of August, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.