IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN J. MALONE SR., individually, | ) | 4:09CV3208 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| OMAHA HOUSING AUTHORITY, BRAD ULRICK, BRAD ASHFORD, GEORGE ACHOLA, WILLIAM BEGLEY, BOB FIDONE, MICHELLE PETERS, and DONALD KLEINE, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the court's Memorandum and Order entered on this date dismissing Plaintiff's Complaint, judgment is entered in favor of Defendants, and against Plaintiff John J. Malone Sr., providing that Plaintiff shall take nothing and this case is dismissed with prejudice as to Claims II and III of the Complaint. Claim I of the Complaint is dismissed without prejudice.

DATED this 14th day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge